# STOLL, GLICKMAN & BELLINA LLP ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

**MEMO ENDORSED**

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

February 27, 2008

Re: Kyra Lynch v. City of New York et al,
    07-CV-10446 (CM)(MHD)

Your Honor,

I am plaintiff's counsel in the above-captioned matter. Plaintiff writes, with defendants' consent, to request leave to amend her complaint to add Police Officer Jaecean Wilson, who is the only officer that has been identified by defendants at this time. This is plaintiff's first request to amend her complaint.

Please find the Proposed Amended Complaint attached.

Yours truly,

Cynthia Conti-Cook, #CC0778
Associate, Stoll Glickman & Bellina L.L.P.

*Motion granted*
[signature] Colleen McMahon
3/3/08

CC: ACC Maurice Hudson
Corporation Counsel of the City of New York
100 Church Street, Fl. 4
New York, NY 10007

Enclosures: Proposed Amended Complaint