UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

KYRA LYNCH,

                                Plaintiff,

           -against-

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND KELLY, COMMANDING OFFICER
COREY PEGUES, POLICE OFFICER JAECEAN
WILSON, SHIELD NO. 23815, "JOHN DOE" POLICE
OFFICERS 1-10, "JANE DOE" POLICE OFFICER,

                               Defendants.

**NOTICE OF MOTION
FOR SUMMARY
JUDGMENT BASED ON
QUALIFIED IMMUNITY**

**07 Civ. 10446 (CM)(MHD)**

------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, pursuant to the individual practices of the Honorable Judge Colleen McMahon defendant Jaecean Wilson will move this Court before the Honorable Colleen McMahon, United States District Judge, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment to defendant Jaecean Wilson on the issue of qualified immunity and dismissing the complaint, together with such other relief as the Court may deem just and proper, on the grounds that there are no material issues of fact that warrant a trial on the claims.

Dated:   New York, New York
         March 17, 2008

>    MICHAEL A. CARDOZO
>    Corporation Counsel of the
>    City of New York
>    Attorney for Defendants City of New York, Police
>    Commissioner Raymond Kelly, Corey Pegues and
>    Jaecean Wilson
>    100 Church Street, Room 3-141
>    New York, New York 10007
>    (212) 788-0869
>
>    By: _____
>        JORDAN M. SMITH
>        Assistant Corporation Counsel
>        Special Federal Litigation Division

To:   Cynthia Conti-Cook, Esq. (BY ECF)
      Attorney for Plaintiff
      Stoll, Glickman & Bellina LLP
      71 Nevins Street
      Brooklyn, New York 11217