AO 440 (Rev. 10/93) Summons In a Civil Action - SDNY WEB 4/99

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

KYRA LYNCH

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 07CV0446(CM)(MHD)

THE CITY OF NEW YORK, POLICE
COMMISSIONER RAYMOND KELLY,
COMMANDING OFFICER COREY PEGUES,
POLICE OFFICER JAECEAN WILSON, #23815,
JOHN DOE POLICE OFFICERS 1-10, JANE DOE

TO: (Name and address of defendant)

Police Officer Jaecean Wilson #23815
Public Service Area 9
155-09 Jewel Ave.
Flushing NY 11385

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cynthia Conti-Cook, Esq.
Stoll, Glickman & Bellina L.L.P.
71 Nevins Street
Brooklyn, NY 11217

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

_____
CLERK

DATE  MAR 0 5 2008

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: 3-11-08

NAME OF SERVER (PRINT): Ted Braunstein

TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Lt. Gilmartin accepted Service at PSA 9 for Defendant P.O. J. Wilson at Place of employment

### STATEMENT OF SERVICE FEES

TRAVEL: 3hrs = $30     SERVICES: $4 Travel 25 svc     TOTAL: $59

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-12-08
Date

Signature of Server: Ted Braunstein

Address of Server: 510 Atlantic Ave. Bklyn NY 11217

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.