**STOLL, GLICKMAN & BELLINA** LLP ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

# MEMO ENDORSED

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007-1312

March 31, 2008

3/2/08 Permission granted

Re: <u>Kyra Lynch v. City of New York et al,</u>
07-CV-10446 (CM)(MHD)

Your Honor,

I am plaintiff's counsel in the above-captioned matter. Plaintiff writes, with defendants' consent, to request leave to amend her complaint to add Police Officer Dmitry Shery, Shield No. 29971, Police Officer Thomas Skladel, Shield No. 31206, Captain Robert Van Haughton, and Sergeant Yannique Carter, Shield No. 512, whose identities defendants have revealed through Initial Disclosures and correspondence dated March 27, 2008. This is plaintiff's second request to amend her complaint.

Please find the Proposed Second Amended Complaint attached.

Yours truly,

*[signature]*

Cynthia Conti-Cook, #CC0778
Associate, Stoll Glickman & Bellina L.L.P.

CC: ACC Maurice Hudson
Corporation Counsel of the City of New York
100 Church Street, Fl. 4
New York, NY 10007

Enclosures: Proposed Second Amended Complaint