UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------x

KYRA LYNCH,

                              Plaintiff,              **NOTICE OF APPEARANCE**

        -against-                                    07-CV-10446 (CM)

City of New York, et al.,

                             Defendants.

----------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that **Maurice L. Hudson**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York, Raymond Kelly, Corey Pegues, and Jaecean Wilson, effective immediately, replacing ACC Jordan M. Smith.

Dated:  New York, New York
         May 18, 2008

                                                        MICHAEL A. CARDOZO
                                                        Corporation Counsel
                                                            of the City of New York
                                                        Attorney for Defendants City of New York,
                                                        Raymond Kelly, Corey Pegues, and Jaecean
                                                        Wilson
                                                        100 Church Street, Room 3-209
                                                        New York, New York 10007
                                                        (212) 788-8684

                                          By:  _____
                                                        Maurice L. Hudson
                                                        Special Federal Litigation Division

To:     Cynthia Conti-Cook, Esq. (By ECF)
         71 Nevins Street
         Brooklyn, New York 11217